JOHN R. YATES, ESQ. (State Bar No. 120344)
jyates@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Defendants
Pinkette Clothing, Inc. dba Lush
and Nordstrom, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIX TEXTILE, INC., a California Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., a California corporation; LUSH CLOTHING, a California corporation; and DOES 1 – 10, inclusive,<br><br>   Defendants. | **CASE NO.: 2:12-cv-11032 GW (MRWx)**<br><br>[Proposed] Order Re Confidentiality of Certain Materials Produced in Discovery |

The Court has reviewed the Stipulation of Counsel for the Parties re Confidentiality of Certain Materials Produced in Discovery, and finds that good cause exists to maintain the confidentiality of the competition-sensitive price, cost and profitability information of defendants as agreed by counsel for plaintiff and defendants. The Stipulation submitted by counsel is approved.

IT IS SO ORDERED.
DATED: June 21, 2013

_____
HON. MICHAEL R. WILNER, MAGISTRATE JUDGE