K. Tom Kohan, Esq.; SBN: 225420
**KOHAN LAW FIRM**
445 South Figueroa Street
27th Floor
Los Angeles, California  90071
Tel: (310) 349-1111 Fax: (213) 612-7715
Email: tom@kohanlawfirm.com

Attorneys for Plaintiff
RADIX TEXTILE, INC.

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIX TEXTILE, INC., a California corporation,<br><br>               Plaintiff,<br><br>     vs.<br><br>NORDSTROM, INC., a California corporation; LUSH CLOTHING, a California corporation; DOES 1-10<br><br>               Defendants. | **CASE NO.**<br>**CV 12-11032-GW-MRWx**<br><br>**Hon. George Wu**<br><br>**ORDER DISMISSING THE ENTIRE ACTION** |

Having reviewed the Stipulation of the Parties re Dismissal,

IT IS HEREBY ORDERED THAT:

The entire action is hereby dismissed with prejudice  pursuant to Fed.R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear its own costs and attorneys fees.

DATED: September 25, 2013      By:   _____
                                     HON. GEORGE H. WU
                                     UNITED STATES DISTRICT JUDGE